IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| EUGENE WEAVER,<br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | Case No. 4:15-CV-04080-JEH |

### Order

This matter is now before the Court on the Defendant's Motion for Sentence Four Remand (Doc. 18). In the Defendant's Motion, the Commissioner requests that the Court reverse this case and remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), which authorizes the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). On remand, the Appeals Council should ensure that the Plaintiff's claim is re-adjudicated and that a new decision is issued. The adjudicator should evaluate all medically determinable mental impairments, including any evidence of obesity. The adjudicator should evaluate the medical opinions of record in accordance with the regulations and rulings. If a treating source opinion is not entitled to controlling weight, that opinion should be assigned a specific weight and the decision should contain "good reasons" for the weight assigned.

The Court finds the request for remand appropriate and so the Motion to Remand (Doc. 18) is GRANTED. Accordingly, the Commissioner's decision in this

1

matter is REVERSED and the case is REMANDED to the Commissioner for a new hearing pursuant to the fourth sentence of 42 U.S.C. § 405(g).  The Clerk's Office is hereby directed to enter judgment in favor of the Plaintiff and against the Defendant.  This matter is now terminated.

*It is so ordered.*

Entered on August 4, 2016.


s/Jonathan E. Hawley
U.S. MAGISTRATE JUDGE